IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> ACTAVIS ELIZABETH LLC, ) <br> ) <br> Defendant. ) | C.A. No. 14-cv-829-SLR-SRF |

**AMENDED RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT**
<u>**ACTAVIS ELIZABETH LLC**</u>

Defendant Actavis Elizabeth LLC pursuant to Federal Rule of Civil Procedure 7.1, hereby states that:

(a) Actavis Elizabeth LLC is a whole-owned subsidiary of Actavis, Inc.;

(b) Actavis, Inc. is a wholly-owned subsidiary of Allergan plc (f/k/a Actavis plc); and

(c) Allergan plc is a publicly-traded company that owns more than 10% of Actavis Elizabeth LLC and Actavis, Inc.

Dated: June 17, 2016

PHILLIPS, GOLDMAN & SPENCE, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (Bar No. 110)
David A. Bilson (Bar No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com

*Attorneys for Defendant/Counterclaim Plaintiff Actavis Elizabeth LLC*

*OF COUNSEL:*

George C. Lombardi
Michael K. Nutter
Ivan M. Poullaos
Karl A. Leonard
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Melinda K. Lackey
WINSTON & STRAWN LLP
1111 Louisiana
25th Floor
Houston, TX 77002
Tel: (713) 651-2671
Fax: (713) 651-2700