# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No.: 14-829 (SLR) |
| ACTAVIS ELIZABETH LLC, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO DEFENDANT (REQUEST NOS. 1-102)**

Plaintiffs Orexo AB and Orexo US, Inc. (collectively, "Orexo" or "Plaintiffs") hereby request that Defendant Actavis Elizabeth LLC ("Actavis" or "Defendant") serve written responses to these Requests and produce the following documents for inspection and copying within thirty days of service, at the Office of Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005-1413, in accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure and the Instructions and Definitions included at the end of this set of Requests.  Documents in the possession, custody or control of Actavis, Inc., including all affiliates and subsidiaries thereof, shall be provided in response to these requests, pursuant to the terms of the September 22, 2014 Stipulation and Order.  (D.I. 12, 13). Documents in the possession, custody or control of any counsel to Actavis are deemed to be in the possession, custody or control of Actavis.

**REQUESTS**

**REQUEST NO. 1**

Actavis's ANDA.

**DEFINITIONS**

As used in these Requests, the following terms have the indicated meaning:

1. "Actavis" or "Defendant" shall include Actavis Elizabeth LLC and any and all affiliates, divisions, subsidiaries, parents, predecessors and successors and their officers, directors, representatives, employees, agents and partners, including any entities or persons acting on behalf of Actavis Elizabeth LLC.

2. "Actavis's ANDA" means Abbreviated New Drug Application No. 20-6258.

3. "Actavis's ANDA Product" means any drug products described in Abbreviated New Drug Application No. 20-6258, including but not limited to the 1.4mg/0.36mg and 5.7mg/1.4mg buprenorphine hydrochloride/naloxone hydrochloride.

4. "ANDA" means Abbreviated New Drug Application.

5. "Drug Master File" or "DMF" has the meanings set forth in 21 C.F.R. § 314.

6. "FDA" means the United States Food and Drug Administration, including without limitation its employees, scientists, technicians, agents, examiners and laboratories.

7. "Intermediate Product" means Actavis's ANDA Product at the different stages throughout the manufacturing process.

8. "Manufacture" means make, whether experimentally or commercially or for any other purpose.

9. "NDA" means New Drug Application as used in 21 U.S.C. § 355(b), (c) and regulations issued by the Food and Drug Administration pursuant thereto.

10. "Notice Letter" means the communication from Actavis to Orexo AB dated May 16, 2014 regarding Zubsolv® (buprenorphine hydrochloride and naloxone hydrochloride) Sublingual Tablet.

11. "Orexo" and "Plaintiffs" refer to Orexo AB and Orexo US, Inc.