**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., Plaintiffs, | ) | |
| v. | ) | C.A. No. 14-829 (SLR)(SRF) |
| ACTAVIS ELIZABETH LLC, Defendant. | ) | **REDACTED - PUBLIC VERSION** |

**DECLARATION OF KARL LEONARD IN SUPPORT OF ACTAVIS' ANSWER TO OREXO'S OBJECTIONS TO ORDER REGARDING MOTION TO COMPEL PRODUCTION OF SAMPLES**

I, Karl A. Leonard, declare as follows:

1. I am an attorney at law admitted to practice in the State of Illinois and an associate of the firm Winston & Strawn LLP. I am admitted *pro hac vice* to practice before this Court. I make this declaration in support of Actavis' Answer To Orexo's Objections To Order Regarding Motion To Compel Production Of Samples.

2. Attached to this declaration are true and correct copies of the following documents:

**Exhibit 1:** Plaintiffs First Set of Requests for Documents and Things to Defendants (Request Nos. 1-102) (excerpt)

**Exhibit 2:** Letter from I. Poullaos to A. Brook (April 29, 2015)

**Exhibit 3:** Letter from I. Poullaos to A. Brook (August 10, 2015)

**Exhibit 4:** Letter from I. Poullaos to A. Brook (September 4, 2015)

**Exhibit 5:** Letter from A. Brook to I. Poullaos (July 28, 2015)

**Exhibit 6:** Letter from A. Brook to I. Poullaos (September 10, 2015)

**Exhibit 7:** Plaintiffs' Notice of Subpoena for the Production of Documents to Johnson Matthey Pharmaceutical Materials

**Exhibit 8**: Actavis Records Regarding Batch PI-2258 (ACT-ZUB-0563642 – 668)

**Exhibit 9**: Actavis Records Regarding Batch PI-2259 (ACT-ZUB-0301908 – 936)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 2, 2015

/s/ Karl A. Leonard
Karl A. Leonard